IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEXTER BROWN,

    Plaintiff,                    No. 2:11-cv-2128 JFM (PC)

    vs.

SERGEANT D. SWAN, et al.,

    Defendants.              ORDER TO SHOW CAUSE

                                /

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff, the only party to appear in this action, has consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). See Consent filed September 8, 2011. By an order filed August 23, 2011, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendants. That thirty day period has since passed, and plaintiff has not responded in any way to the court's order.

        Accordingly, IT IS HEREBY ORDERED that within twenty days from the date of this order plaintiff shall show cause in writing why this action should not be dismissed without

/////

/////

1

1  prejudice for failure to comply with the court's August 23, 2011 order.  Failure to comply with

2  this order will result in the dismissal of this action.  See Fed. R. Civ. P. 41(b).

3  DATED: November 7, 2011.

                                            UNITED STATES MAGISTRATE JUDGE

12
brow2128.osc