IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEXTER BROWN,

      Plaintiff,                    No. 2:11-cv-2128 JFM (PC)

    vs.

SERGEANT D. SWAN, et al.,

      Defendants.          ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff, the only party to appear in this action, has consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). See Consent filed September 8, 2011. By an order filed August 23, 2011, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendants. Review of the docket on November 7, 2011, suggested that plaintiff had not complied with the court's order. Accordingly, on that day plaintiff was ordered to show cause in writing why this action should not be dismissed.

        On November 10, 2011, the Clerk of the Court entered on the docket a notice of submission of the required documents tendered by plaintiff on September 16, 2011 in compliance with the court's order. Accordingly, the order to show cause will be discharged.

1

In accordance with the above, IT IS HEREBY ORDERED that the November 7, 2011 order to show cause is discharged and the court will concurrently issue an order directing the United States Marshal to serve process on defendant Swan.

DATED: November 15, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

12
brow2128.dis