IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEXTER BROWN,** <br><br> Plaintiff, <br><br> v. <br><br> **SERGEANT SWAN,** <br><br> Defendant. | Case No. 2:11-cv-2128 WBS JFM (PC) <br><br> **ORDER GRANTING DEFENDANT'S REQUEST TO CONDUCT PLAINTIFF'S DEPOSITION VIA VIDEOCONFERENCE** |

    Defendant Swan's request to conduct Plaintiff Dexter B. Brown's (V-66477) deposition via videoconference is granted. Nothing in this Order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain videoconferencing equipment if it is not already available.

Dated: March 12, 2012.

**Date: 3/12/2012**

_____
UNITED STATES MAGISTRATE JUDGE

**128.vcd**

1