IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEXTER BROWN,

        Plaintiff,               No. 2:11-cv-2128 WBS JFM (PC)

    vs.

CORRECTIONAL SERGEANT
D. SWAN, et al.,              ORDER AND REVISED DISCOVERY

        Defendants.        AND SCHEDULING ORDER

                              /

        Defendant D. Swan has moved to modify the deadlines for completion of discovery and filing of dispositive motion set in the discovery and scheduling order filed February 7, 2012. Defendant Swan represents that plaintiff has agreed to stipulate to a modification of the scheduling order in order to provide discovery responses.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendant's May 8, 2012 motion to modify the scheduling order is granted.

        2. The parties may conduct discovery until June 11, 2012. Any motions necessary to compel discovery shall be filed by that date. The deadline for service of discovery requests has expired.

/////

/////

1

3. All pretrial motions, except motions to compel discovery, shall be filed on or before September 3, 2012. Motions shall be briefed in accordance with paragraph 8 of this court's order filed November 16, 2011.

4. In all other respects the provisions of the discovery and scheduling order filed February 7, 2012 remain in full force and effect.

DATED: May 21, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12
brow2128.41dsorev